%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __INDIANA__

SABRI BENKAHLA

v.

FEDERAL BUREAU OF PRISONS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:09-CV-00025 WTL-DML

TO: (Name and address of Defendant)

Attorney General of the United States, 10th & Constitution Ave., NW, Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Shapiro
National Prison Project of the American Civil Liberties Union Foundation
915 15th Street, NW
7th Floor
Washington, DC 20005

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  AUG 0 6 2009

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN     District of     INDIANA

SABRI BENKAHLA

V.

FEDERAL BUREAU OF PRISONS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:09-cv-00025 WTL-DML

TO: (Name and address of Defendant)

Warden, Federal Correctional Institution, 4200 Bureau Road North, Terre Haute, Indiana 47808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Shapiro
National Prison Project of the American Civil Liberties Union Foundation
915 15th Street, NW
7th Floor
Washington, DC 20005

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  AUG 0 6 2009

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ INDIANA

SABRI BENKAHLA,

V.

FEDERAL BUREAU OF PRISONS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:09-cv-00025 WTL-DML

TO: (Name and address of Defendant)

United States Attorney, Southern District of Indiana, 10 W. Market Street, Suite 2100, Indianapolis, Indiana, 46204

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Shapiro
National Prison Project of the American Civil Liberties Union Foundation
915 15th Street, NW
7th Floor
Washington, DC 20005 of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   AUG 0 6 2009