UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| Sabri Benkahla, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:09-cv-00025-WTL-DML |
| ) | |
| Federal Bureau of Prisons, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Sabri Benkahla hereby moves to substitute David Fathi, Director, National Prison Project of the American Civil Liberties Union Foundation for current counsel, David M. Shapiro.  Mr. Shapiro has accepted employment at another organization and will no longer be affiliated with the National Prison Project of the American Civil Liberties Union Foundation. Kenneth J. Falk, Legal Director, ACLU of Indiana, will also remain as counsel for Mr. Benkahla. Mr. Fathi will apply shortly for admission *pro hac vice*.

DATED: February 16, 2010

Respectfully submitted,


s/David M. Shapiro
David M. Shapiro
Staff Attorney
National Prison Project of the American Civil Liberties Union Foundation
915 15th Street, NW
7th Floor
Washington, DC 20005
Phone: (202) 393-4930
Fax: (202) 393-4931
Email: dshapiro@npp-aclu.org

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2010, a copy of the foregoing Motion for Substitution of Counsel was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Thomas Kieper
Tom.Kieper@usdoj.gov

s/David M. Shapiro
David M. Shapiro