UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SABRI BENKAHLA,         ) | |
|                         ) | |
|     Plaintiff,          ) | |
|                         ) | |
|     v.                  ) | Cause No. 2:09-cv-00025-WTL-DML |
|                         ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
|                         ) | |
|     Defendant.          ) | |

**ORDER**

Comes now plaintiff, having filed his Motion to Dismiss, or, Alternatively, Notice of Dismissal, and the Court having read the filing, and being duly advised, finds that this cause should be dismissed, and,

IT IS THEREFORE ORDERED that this case is DISMISSED, without prejudice.

07/29/2010
Date

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

cc:

Kenneth J. Falk
ACLU of Indiana
kfalk@aclu-in.org

David C. Fathi
ACLU National Prison Project
dfathi@npp-aclu.org

Thomas E. Kieper
Assistant United States Attorney
tom.kieper@usdoj.gov

William L. McCoskey

Assistant United States Attorney
William.mccoskey@usdoj.gov

William Oscar Harris
No. 40743-050
Federal Correctional Institution
PO Box 33
Terre Haute, IN 47808

Rex Russell Dean Landers
No. 05177-046
Federal Correctional Institution
PO Box 33
Terre Haute, IN 47808

Ralph William Taylor
No. 14528-052
Federal Correctional Institution
PO Box 33
Terre Haute, IN 47808