Oscaro El Hari, Bey
c/o WILLIAM OSCAR HARRIS
#40743050
FCI-THA
PO BOX 33
TERRE HAUTE, IN 47808

Laura A. Briggs, Clerk of Court
United States District Court
Southern District of Indiana
921 Ohio Street
Terre Haute, IN 47807
Via: U.S.P.S. Certified Mail No. 7009 1680 0001 8897 2844

3 August, C.E. 2010



Re: Third Party Intervenors' Continuing
Petition To Intervene Pursuant To
Federal Rules Of Civil Procedure,
Rule 19 (a)(1)(B)(i)(ii) and Rule
24 (a)(2) By Affidavit
Cause of Action No. 2:09-cv-00025-WTL-DML

Greetings Clerk of Court:

Enclosed herewith please find the above referenced Continuing Petition To Intervene in the cause of action indicated for filing. Upon your receipt, please file stamp the enclosed extra first page copy and return it in the self-addressed stamped envelope provided herewith for your convenience.

Thank you for your right hand in kindness and prompt attention to this matter. In peace and light, I am

Sincerely,

For 3rd Party Intervenors

by: *Oscaro El Hari, Bey*

Oscaro El Hari, Bey
3rd Party Intervenor

Enclosures
cc: Plaintiff
    Defendants
    file

SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

SABRI BENKAHLA                          ) CAUSE OF ACTION NO. 2:09-cv-00025-WTL-DML
                                        )
          PLAINTIFF                     ) 3RD PARTY INTERVENORS' CONTINUING PETITION
                                        ) TO INTERVENE PURSUANT TO FEDERAL RULES OF
     - vs -                             ) CIVIL PROCEDURE, RULE 19 (a)(1)(B)(i)(ii)
                                        ) AND RULE 24 (a)(2) BY AFFIDAVIT
                                        )
FEDERAL BUREAU OF PRISONS, ET AL        )
          DEFENDANTS                    ) BY SPECIAL VISITATION
                                        )
                                        )
————————————————————————————           )
                                        )
WILLIAM OSCAR HARRIS, ET AL             )
          3RD PARTY INTERVENORS.        )

**STATE OF INDIANA**                    :

                                        : **Affirmed and signed.**

**COUNTY OF VIGO**                      :

Oscaro El Hari, Bey, Rex Russell Dean:Landers and Ralph William Taylor, in propria persona sui juris by special visitation as attorneys in fact for WILLIAM OSCAR HARRIS, REX RUSSELL DEAN LANDERS and RALPH WILLIAM TAYLOR, respectively, hereinafter Affiants, as 3rd Party Intervenors, having similarly situated common special interests, are of sound mind, good moral character, majority age and competent to testify to wit:

1.   That, Intervenors, intervening as a matter of right, Continuing Petition To Intervene Pursuant To Federal Rules Of Civil Procedure (Fed.R.Civ.P.) Rule 19 (a)(1)(B)(i)(ii) and Rule 24 (a)(2), for cause as indicated herein below.

2.   That, Plaintiff Benkahla's petition for dismissal of his claim has no bearing on Intervenors' claim nor continuance, claiming for remedy and relief as a matter of right, in light of the Court's Order for dismissal limitted to Benkahla's cause and without prejudice to Intervenors' continuance.

3.   That, Intervenors, Required Joinder Parties, claim with standing is so situated that disposing of the action in the Intervenors' absence may impair or impede Intervenors' ability to protect interest; or leave Intervenors subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the [Intervenors'] interest.

4.   That, all that is required in Intervenors' claim and the main action are that Intervenors have a question of law or fact in common.

5.   That, the common factor in this instant matter is the operation of unlawful prison units known as Communication Management Units (CMUs) by Defendants.

6.   That, Defendants contend Plaintiff's claims are different than that of Intervenors, while in fact Intervenors contend, in common with Plaintiff, the same for themselves, but also put forward other distinctly unique constitutional claims that the Plaintiff has not addressed.

7.   That, these unique claims are brought to light in paragraphs 2,3,10,12,14, and 15 of the original Intervention Petition By Affidavit.

8.   That, all Intervenors hold their discharge of all respective public obligations and

are not being released, but instead sequestered and secreted away in a CMU to prevent effective contact with officials and others to expedite and enforce past due liberty.

9. That, CMU overseers refuse to proffer the mandatory warrant/writ of commitment under hand and seal, both front and back, with executed return, nor the required foundational writ of habeas corpus ad prosequendum bringing Intervenors into CMU, nor judgment in a criminal case that has not been satisfied and discharged, in order to hold Intervenors.

10. That, these interests put forward by Intervenors are direct and immediate in character, wanting adjudication, and should not be delayed.

11. That, Defendants have failed to recognize Intervenors' unique and different claims spelled out in the original Petition, but instead obfuscate the very reality that Plaintiff and Intervenors certainly are not in identicle situations.

12. That, Defendants claim for "hold[ing] a decision on Petition To Intervene in abeyance" is prejudiced to the common interests of Intervenors, as well as to the unique interests effected by those common interests, as Defendants are not in compliance with present rules, nor have Defendants come into compliance as a result of the Federal Register publication of 6 April, 2010.

13. That, Intervenors, contrary to Defendants' assertion, have exhausted remedies in support of claims set forth in this intervention through the BOP administrative remedies procedure process.

14. That, Intervenors meet all requirements for timely intervention in this present cause of action, and as a matter of right, in further interest of judicial economy, must be granted continuance of Intervenors' claims and such further as expedites Intervenors' claims in this action.

15. That, intervention of right is always construed liberally in favor of intervention.

In conclusion, Intervenors' Continuing Petition To Intervene, for above stated reasons, coupled with the Court allowing intervention to proceed should be granted, to effect the entry of judgment providing for Intervenors' remedy for injunctive relief as a matter of right.

## VERIFICATION AND CERTIFICATION

As no notary public is available, the herein Affiants affirm and attest, upon their unlimited liability and understanding the pains and penalties of perjury re Defendants' 28 USC § 1746 (1), the statements made herein are of Affiants' own first hand knowledge, with verifying and certifying the contents to be correct, certain, complete and not misleading, as the truth, the whole truth, and nothing but the truth in accordance with Affiants' sincerely held spiritual convictions and creed. Additionally, Affiants reserve the right to amend this Affidavit to enable the truth to be ascetained.

Further, Affiants sayeth naught.

## PROOF OF SERVICE

The Undersigneds certify that a true copy of the 3rd Party Intervenors' Continuing Petition To Intervene Pursuant To Federal Rules Of Civil Procedure, Rule 19 (a)(1)(B)(i)(ii) and Rule 24 (a)(2) By Affidavit was caused to be sent by first-class U.S.P.S. regular mail by placing such in the mail depository at FCI-THA, CMU, Terre Haute, Vigo County,

Indiana on the day and year last below written to the following persons:

For Plaintiff: David C. Fathi, Esq.
              ACLU
              7th Floor
              915 15th Street, N.W.
              Washington, D.C. 20005

For Defendants: Timothy M. Morrison
                U.S. Attorney
                Suite 2100
                10 West Market Street
                Indianapolis, IN 46204

Done, prepared, signed, and sent this 3ʳᵈ day of August, Common Era 2010.

For:_____/s/_____
     WILLIAM OSCAR HARRIS
     40743050
     FCI-THA
     PO BOX 33
     TERRE HAUTE, IN 47808

by: _Oscaro El Hari, Bey_
    Oscaro El Hari, Bey
    Affiant

For:_____/s/_____
     REX RUSSELL DEAN LANDERS
     05177046
     FCI-THA
     PO BOX 33
     TERRE HAUTE, IN 47808

by: _Rex Russell Dean:Landers_
    Rex Russell Dean:Landers
    Affiant

For:_____/s/_____
     RALPH WILLIAM TAYLOR
     31628048
     FCI-THA
     PO BOX 33
     TERRE HAUTE, IN 47808

by: _Ralph William Taylor_
    Ralph William Taylor
    Affiant

## ACKNOWLEDGMENT

Affiants, in the presence of the herein below testes, hereon their signatures signed as acknowledgment of Affiants' signature, upon good evidence of identity and after Affiants having affirmed, attested, verified, and certified this Affidavit. Therefore, witness the testes' hands as signed on the day and year last above written.

_Brian Carr_                _Patrick Byus_              _Mr. Avon Twitty_
teste                       teste                       teste